No. 91–7138. LUCIEN v. PETERS, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 91–7139. LUCIEN v. JOHNSON, COMMISSIONER, COURT OF CLAIMS. C. A. 7th Cir. Certiorari denied.

No. 91–7140. LUCIEN v. ROPER ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–7141. REININGHAUS v. REININGHAUS. Sup. Ct. Mont. Certiorari denied.

No. 91–7145. GALBRAITH v. NORTHERN TELECOM, INC. C. A. 6th Cir. Certiorari denied.

No. 91–7147. CHUNG KUN YIM v. PRELESNIK, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 91–7149. FRANCOIS v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 91–7150. HUNTER v. ROBERTS ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–7153. RITCHERSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–7154. MENDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–7156. PETILLO v. McCLELLAN, SUPERINTENDENT, SOUTHPORT CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 91–7157. OWENS v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 91–7158. ZIMMERMAN v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 91–7160. ATEN, EXECUTRIX OF THE ESTATE OF PORCARO v. NEUBERT ET AL. C. A. 3d Cir. Certiorari denied.